**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  18-05129  RSM  Judge:  Randal S Mashburn  Trustee Name:  LARRY EDMONDSON

Case Name:  Empirical Laboratories, Llc  Date Filed (f) or Converted (c):  08/31/2018 (c)

341(a) Meeting Date:  10/01/2018

For Period Ending:  06/30/2022  Claims Bar Date:  02/04/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2007 Toyota 4Runner (u) | Unknown | 7,000.00 | | 0.00 | FA |
| 2.  2007 Toyota Tacoma (u) | Unknown | 4,000.00 | | 0.00 | FA |
| 3.  Reunion bank account and Suntrust Bank Account | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 4.  OFFICE EQUIPMENT | 3,057,908.73 | 3,057,908.73 | | 0.00 | FA |
| 5.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 6.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 7.  Machinery | 100,319.94 | 100,319.94 | | 0.00 | FA |
| 8.  Additional office equipment and fixtures | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Mortgage Reimbursement | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Accounts Receivable | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 11.  Hartford Insurance Reimbursment (u) | 9.74 | 9.74 | | 0.00 | FA |
| 12.  Adversary case 20-90105 filed by Trustee against FedEx for Recovery of Assets (u) | 0.00 | 50,000.00 | | 0.00 | FA |
| 13.  Adversary case 20-90106 filed by Trustee against Sheila McLendon for Recovery of Assets (u) | 0.00 | 50,000.00 | | 0.00 | 50,000.00 |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $3,463,738.41  $3,574,738.41  $0.00  $50,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Update Claim #50 to reduce allowable amount as per 6/27/22 Court Order - agreen 6/30/2022

Justin Campbell 6/20/2022 notes: I can upload the order on the claim objection next Monday. After that, there will be nothing else to do. I will prepare my fee app in that case and get it ready to file.

Justin Campbell 3/2/2022 notes: Draft and file notice of abandonment of judgment. Finalize and file TB Fee App in case

File F1 & F2 - agreen 6/28/2021

6/1/21Received summary judgment on post-petition 549 portion of the claims.  Trial set on pre-petition claims on September 16.  Just sent discovery to McLendon - Waiting on response.  Need to email to set up deposition.

Post deposit on Adv. #20-90105 FedEx Order to Compromise settlement - agreen 3/9/2021

1/26/21 Two Ad Pros Filed.  Received email from FedEx counsel - setting up time to discuss settlement of FedEx Ad Pro. McLendon did not answer ad pro.  Motion for Clerk's Entry of Default filed.  Entry of Default entered.  FedEx Ad Pro settled and approved.  McLendon Ad pro the only one left.
Need to convey settlement thoughts to counsel for McLendon.  Need to inquire about possible bond for DOL funds.

9/8/20 Add Adversary cases as assets -agreen

6-20-20  Preference actions to be filed against two creditors.  Determing effect new local rule regarding Venue.  Need to proceed against owner for taking money.12/31/19 Items that need to be resolved: Turnover action for 401k funds, resolution of admin expense with landlord, amend employment to contingency for avoidance actions.

9/15/19 Stay relief granted to landlord. Stay relief granted to secured creditor. Shimadzu equipment sold by estate. Proceeds split with secured creditor. DOL issue still pending. Tentative agreement in place with landlord for Admin rent. Going to switch to contingency employment for avoidance actions.401k Issues to resolve.

8/14/19 Need to finalize deal with Admin rent. Determine if there are any post-petition wage claims and what that means for agreement. Email DOL on resolution to this matter. Get with E. Ray re: resolution. Will need to file a fee app here and switch employment to contingency.

5/8/19 Report of Sale filed

4/19/19 Both vehicles have been sold and monies deposited.  Report of sale will be completed by 4/25/19

3/5/18 No change since last update

12/18/18 Given stay relief to secured creditor. Given stay relief to Landlord. Working to sell Shimadzu asset.  Trustee has vehicles to sell.  Need to finalize the Shimadtzu product and review bank statements and records pertaining to avoidance actions.

Initial Projected Date of Final Report (TFR): 03/15/2020          Current Projected Date of Final Report (TFR): 09/01/2022

Trustee Signature: ___/s/ LARRY EDMONDSON___          Date: 07/25/2022

LARRY EDMONDSON
5213 Shenendoah Ct.
Nashville, TN 37220
(615)254-3765

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-05129
Case Name: Empirical Laboratories, Llc

Taxpayer ID No: XX-XXX8675
For Period Ending: 06/30/2022

Trustee Name: LARRY EDMONDSON
Bank Name: Union Bank
Account Number/CD#: XXXXXX7956
Checking
Blanket Bond (per case limit): $12,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-05129
Case Name: Empirical Laboratories, Llc

Trustee Name: LARRY EDMONDSON
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0136
Checking

Taxpayer ID No: XX-XXX8675
For Period Ending: 06/30/2022

Blanket Bond (per case limit): $12,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $24,647.87 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.34 | $24,621.53 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.18 | $24,594.35 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.16 | $24,567.19 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.25 | $24,540.94 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.10 | $24,513.84 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.19 | $24,487.65 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.04 | $24,460.61 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.01 | $24,433.60 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.37 | $24,409.23 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.95 | $24,382.28 |
| 04/20/22 | 2006 | International Sureties LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | 1/1/2022 to 1/1/2023 Blanket Bond Premium, Bond #016026373 | 2300-000 | | $55.27 | $24,327.01 |

Page Subtotals: $0.00 $320.86

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-05129 | Trustee Name: LARRY EDMONDSON |
| Case Name: Empirical Laboratories, Llc | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0136 |
| | Checking |
| Taxpayer ID No: XX-XXX8675 | Blanket Bond (per case limit): $12,000,000.00 |
| For Period Ending: 06/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.05 | $24,300.96 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.83 | $24,274.13 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $373.74 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $373.74 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $373.74 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $52.88 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0136 - Checking | $2,235.87 | $54,174.41 | $24,274.13 |
| XXXXXX7956 - Checking | $76,275.00 | $62.33 | $0.00 |
|  | $78,510.87 | $54,236.74 | $24,274.13 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $78,510.87 |
| Total Gross Receipts: | $78,510.87 |

Trustee Signature:     /s/ LARRY EDMONDSON     Date: 07/25/2022

LARRY EDMONDSON
5213 Shenendoah Ct.
Nashville, TN 37220
(615)254-3765

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |